DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRED MILLER,**
Appellant,

v.

**UDT/SEAL MUSEUM ASSOCIATION, INC.,**
Appellee.

No. 4D2024-2858

[September 25, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Brett M. Waronicki, Judge; L.T. Case No. 2020CA001217.

Jonathan R. Secrest of Dickinson Wright PLLC, Columbus, Ohio, for appellant.

Gennifer L. Bridges of Burr & Forman LLP, Orlando, and Jack G. Kowalski of Kowalski Law Group, LLP, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***